# United States District Court

WESTERN DISTRICT OF WASHINGTON

KIM BACA,

        v.

STATE OF WASHINGTON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-1253

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is hereby DISMISSED with prejudice on the Court's own motion. Following review of the pleadings, it is apparent that Plaintiff cannot state a claim upon which relief may be granted and that amendment would be futile.

| September 22, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

                                                    ____/s Mary Duett_____
                                                    By, Deputy Clerk